Galen T. Shimoda (Cal. State Bar No. 226752)
Justin P. Rodriguez (Cal. State Bar No. 278275)
Erika R. C. Sembrano (Cal. State Bar No. 306635)
**Shimoda Law Corp.**
9401 East Stockton Blvd. Suite 200
Elk Grove, CA 95624
Telephone: (916) 525-0716
Facsimile: (916) 760-3733
E-mail: attorney@shimodalaw.com
         jrodriguez@shimodalaw.com
         esembrano@shimodalaw.com

Attorneys for Plaintiff BRENNA CALLAHAN

JACKSON LEWIS P.C.
JAMES JONES (SBN 167967)
JOHNNY A COLON (SBN 294447)
400 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone: (916) 341-0404
Facsimile: (916) 314-0141
Email: JonesJ@jacksonlewis.com
        colonj@jacksonlewis.com

Attorneys for Defendants
PINNACLE PROPERTY MANAGEMENT
SERVICES, LLC and PINNACLE PROPERTY
MANAGEMENT SERVICES PIER 70

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENNA CALLAHAN, | Case No. 2:16-cv-01862-MCE-EFB |
| Plaintiff, | |
| vs. | **STIPULATION REGARDING MOTION TO REMAND; ORDER** |
| PINNACLE PROPERTY MANAGEMENT SERVICES, LLC, a Delaware Limited Liability Company; PINNACLE PROPERTY MANAGEMENT SERVICES PIER 70, a business organization, form unknown; and DOES 1 to 100, inclusive, | |
| Defendants. | |

1    WHEREAS, PINNACLE PROPERTY MANAGEMENT SERVICES, LLC and PINNACLE
2    PROPERTY MANAGEMENT SERVICES PIER 70 (collectively referred to as Defendants) filed its
3    Notice of Removal in this Court on August 5, 2016;
4    WHEREAS, Plaintiff filed her Motion to Remand with the Court on August 23, 2016, and
5    scheduled a hearing on September 22, 2016, based on Plaintiff's belief there was a procedural defect of
6    Defendants' Notice of Removal;
7    WHEREAS, the Parties recognize that Plaintiff filed its Motion to Remand within 30 days of the
8    Notice or Removal, thus its motion being timely under federal procedural law;
9    WHEREAS, the Parties seek to resolve their differences and attempt settlement of this case
10   without incurring additional fees and costs; and
11   WHEREAS, the Parties agree to withdraw Plaintiff's Motion to Remand so that further
12   settlement discussions can occur.
13   //
14   //
15   //
16   //
17   //
18   //
19   //
20   //
21   //
22   //
23   //
24   //
25   //
26   //
27   //
28   //

THEREFORE, the parties hereby stipulate that the Motion to Remand the Action to State Court be removed from calendar; and that Plaintiff's right to file a Motion to Remand, again, will not be prejudiced in any way if they are unable to resolve this case. The withdrawal of the Motion to Remand will not waive Plaintiff's right to bring this motion under federal procedural law and Defendant will be estopped from arguing untimeliness of the Motion to Remand should it be filed again.

Dated: September 12, 2016           **Shimoda Law Corp.**

                                    By:   /s/ Galen T. Shimoda
                                          Galen T. Shimoda
                                          Erika R. C. Sembrano
                                          Attorneys for Plaintiffs

Dated: September 12, 2016           JACKSON LEWIS P.C.

                                    By:   /s/ James T. Jones
                                          JAMES T. JONES
                                          (approved on 9/6/2016)
                                          JOHNNY A. COLÓN
                                          Attorneys for Defendants
                                          PINNACLE PROPERTY MANAGEMENT
                                          SERVICES, LLC and PINNACLE PROPERTY
                                          MANAGEMENT SERVICES PIER 70

Based on the foregoing stipulation and in order to facilitate settlement between the parties, Plaintiff's Motion to Remand (ECF No. 6), previously scheduled to be heard on September 22, 2016, will be removed from calendar.

**IT IS SO ORDERED.**

Dated:  September 12, 2016

                                    MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE