Galen T. Shimoda (SBN 226752)
Justin P. Rodriguez (SBN 278275)
Erika R. C. Sembrano (SBN 306635)
**Shimoda Law Corp.**
9401 East Stockton Blvd., Suite 200
Elk Grove, CA 95624
Telephone:   (916) 525-0716
Facsimile:   (916) 760-3733
Email: attorney@shimodalaw.com
          jrodriguez@shimodalaw.com
          esembrano@shimodalaw.com

Attorneys for Plaintiff
BRENNA CALLAHAN


JACKSON LEWIS P.C.
JAMES T. JONES (SBN 167967)
HEATH A. HAVEY (SBN 244087)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone:  (916) 341-0404
Facsimile:  (916) 341-0141
Email: jonesj@jacksonlewis.com
          heath.havey@jacksonlewis.com

Attorneys for Defendants
PINNACLE PROPERTY MANAGEMENT
SERVICES, LLC and PINNACLE PROPERTY
MANAGEMENT SERVICES PIER 70

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENNA CALLAHAN, | Case No. 2:16-cv-01862-MCE-EFB |
| Plaintiff, | **JOINT STIPULATION TO EXTEND DATE TO FILE JOINT DISCOVERY PLAN; ORDER** |
| vs. | |
| PINNACLE PROPERTY MANAGEMENT SERVICES, LLC, a Delaware Limited Liability Company; PINNACLE PROPERTY MANAGEMENT SERVICES PIER 70, a business organization, form unknown; and DOES 1 to 100, inclusive, | Complaint Filed: 06/23/2016<br>Removal Filed:   08/05/2016<br>Trial Date:           TBA |
| Defendants. | |

1

JOINT STIPULATION TO EXTEND DATE TO FILE                    *Callahan v. Pinnacle Property Management Services*
JOINT DISCOVERY PLAN; ORDER                                             Case No. 2:16-cv-01862-MCE-EFB

1    WHEREAS, PINNACLE PROPERTY MANAGEMENT SERVICES, LLC and
2 PINNACLE PROPERTY MANAGEMENT SERVICES PIER 70 (collectively referred to as
3 "Defendants") and BRENNA CALLAHAN ("Plaintiff") (collectively the "Parties");

4    WHEREAS, the Court filed its Revised Initial Pretrial Scheduling Order ("Pretrial
5 Scheduling Order") on August 12, 2016;

6    WHEREAS, the Pretrial Scheduling Order requires the Parties to confer within 60 days
7 of the date of removal as required by Federal Rule of Civil Procedure 26(f);

8    WHEREAS, the Pretrial Scheduling Order requires the Parties to prepare and submit to
9 the Court the Rule 26(f)(3) discovery plan ("Discovery Plan") within 14 days of the Parties'
10 conference, which deadline is October 17, 2016; and

11    WHEREAS, the Parties have conferred and mutually desire to explore early resolution of
12 this action and avoid unnecessary expenditure of time and fees on formal litigation.

13    THEREFORE, good cause exists for this stipulation and order to continue the deadline for
14 filing the Discovery Plan pursuant to the Pretrial Scheduling Order so that the Parties may explore
15 potential settlement without concurrently incurring further litigation costs and fees.

16    WHEREFORE, the Parties hereby jointly stipulate and request an order as follows:

17    The current deadline of October 17, 2016, to file a Discovery Plan pursuant to Rule
18 26(f)(3) will be continued until December 16, 2016 (60 additional days).

19 **IT IS SO STIPULATED.**

20 Dated: October 12, 2016          **Shimoda Law Corp.**

21
22                                  By:/s/ *Galen T. Shimoda* [as authorized. on 10.12.16]
                                         GALEN T. SHIMODA
                                         ERIKA R. C. SEMBRANO
23                                  Attorneys for Plaintiff
24                                  BRENNA CALLAHAN

25
26
27
28

2

Dated: October 12, 2016                    JACKSON LEWIS P.C.

By: /s/ *Heath A. Havey*
    JAMES T. JONES
    HEATH A. HAVEY

Attorneys for Defendants
PINNACLE PROPERTY MANAGEMENT SERVICES, LLC and PINNACLE PROPERTY MANAGEMENT SERVICES PIER 70

### **ORDER**

Pursuant to the parties' stipulation and good cause appearing, in order to promote settlement efforts, IT IS HEREBY ORDERED AS FOLLOWS:

The terms of the above Stipulation are hereby approved and adopted. The Parties have an additional sixty days (until December 16, 2016) to file a discovery plan pursuant to Rule 26(f)(3).

IT IS SO ORDERED.

Dated: October 21, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE