Galen T. Shimoda (SBN 226752)
Justin P. Rodriguez (SBN 278275)
Erika R. C. Sembrano (SBN 306635)
**Shimoda Law Corp.**
9401 East Stockton Blvd., Suite 200
Elk Grove, CA  95624
Telephone:    (916) 525-0716
Facsimile:    (916) 760-3733
Email: attorney@shimodalaw.com
       jrodriguez@shimodalaw.com
       esembrano@shimodalaw.com

Attorneys for Plaintiff
BRENNA CALLAHAN


JACKSON LEWIS P.C.
JAMES T. JONES (SBN 167967)
HEATH A. HAVEY (SBN 244087)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone:  (916) 341-0404
Facsimile:  (916) 341-0141
Email: jonesj@jacksonlewis.com
       heath.havey@jacksonlewis.com

Attorneys for Defendants
PINNACLE PROPERTY MANAGEMENT
SERVICES, LLC and PINNACLE PROPERTY
MANAGEMENT SERVICES PIER 70

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENNA CALLAHAN,<br><br>  Plaintiff,<br><br>  vs.<br><br>PINNACLE PROPERTY MANAGEMENT SERVICES, LLC, a Delaware Limited Liability Company; PINNACLE PROPERTY MANAGEMENT SERVICES PIER 70, a business organization, form unknown; and DOES 1 to 100, inclusive,<br><br>  Defendants. | Case No. 2:16-cv-01862-MCE-EFB<br><br>**JOINT STIPULATION TO VACATE DATES IN EXISTING PRETRIAL SCHEDULING ORDER AND RE-ISSUE UPDATED PRETRIAL SCHEDULING ORDER AFTER COMPLETION OF VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP); ORDER**<br><br>Complaint Filed:  06/23/2016<br>Removal Filed:   08/05/2016<br>Trial Date:      TBA |

1

1      WHEREAS, PINNACLE PROPERTY MANAGEMENT SERVICES, LLC and PINNACLE PROPERTY MANAGEMENT SERVICES PIER 70 (collectively referred to as "Defendants") and BRENNA CALLAHAN ("Plaintiff") (collectively the "Parties");

WHEREAS, the Court filed its Revised Initial Pretrial Scheduling Order ("Pretrial Scheduling Order") on August 12, 2016;

WHEREAS, due the Parties' interest in early settlement efforts, the Court granted on October 24, 2016, the Parties' stipulation to continue the deadline of filing the Rule 26(f)(3) discovery plan ("Discovery Plan"), as mandated by the Pretrial Scheduling Order, to December 16, 2016;

WHEREAS, the Parties have continued to confer and still mutually desire to explore early resolution of this action and avoid unnecessary expenditure of time and fees on formal litigation;

WHEREAS, as a result, the Parties have filed on December 15, 2016, their Stipulation to Elect Referral of Action to Voluntary Dispute Resolution Program Pursuant to Local Rule 271; and

WHEREAS, should the Parties not resolve this matter through the VDRP, Plaintiff anticipates filing a Motion to Remand and Defendants anticipate filing a Motion to Compel Arbitration, and the Parties further acknowledge that the granting of either Motion could result in this Court losing jurisdiction over this matter.

THEREFORE, good cause exists for this stipulation and order to vacate the dates in the existing Pretrial Scheduling Order and re-issue an updated Pretrial Scheduling Order if resolution efforts through the VDRP are unsuccessful, so that the Parties may explore potential settlement prior to incurring further litigation fees and costs.

WHEREFORE, the Parties hereby jointly stipulate and request an order as follows:

The dates and deadlines enumerated in the existing Pretrial Scheduling Order are vacated, and an updated Pretrial Scheduling Order will be issued by the Court after the Parties' completion of the VDRP if the Parties are unable to resolve the matter therein.

//

IT IS SO STIPULATED.

Dated:  December 16, 2016        **Shimoda Law Corp.**

By:/s/ *Galen T. Shimoda*
    GALEN T. SHIMODA
    ERIKA R. C. SEMBRANO

Attorneys for Plaintiff
BRENNA CALLAHAN


Dated:  December 16, 2016        JACKSON LEWIS P.C.

By: /s/ *Heath A. Havey* [as authorized on 12/16/16]
    JAMES T. JONES
    HEATH A. HAVEY

Attorneys for Defendants
PINNACLE PROPERTY MANAGEMENT SERVICES, LLC and PINNACLE PROPERTY MANAGEMENT SERVICES PIER 70

**ORDER**

FOR GOOD CAUSE SHOWN AND IN ORDER TO PROMOTE SETTLEMENT EFFORTS, IT IS HEREBY ORDERED AS FOLLOWS:

The terms of the above Stipulation are hereby approved and adopted.  The dates and deadlines enumerated in the existing Pretrial Scheduling Order (ECF No. 5) are vacated, pending the Parties' participation in the VDRP.  If the Parties are unable to resolve this matter through the VDRP, this Court will re-issue an updated Pretrial Scheduling Order to the Parties.

The parties are further ordered to provide this Court with a Joint Status Report addressing the outcome of the VDRP within 14 days of its conclusion.

IT IS SO ORDERED.

Dated:  January 5, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE