Galen T. Shimoda (SBN 226752)
Justin P. Rodriguez (SBN 278275)
Erika R. C. Sembrano (SBN 306635)
**Shimoda Law Corp.**
9401 East Stockton Blvd., Suite 200
Elk Grove, CA 95624
Telephone: (916) 525-0716
Facsimile: (916) 760-3733
Email: attorney@shimodalaw.com
jrodriguez@shimodalaw.com
esembrano@shimodalaw.com

Attorneys for Plaintiff
BRENNA CALLAHAN


JACKSON LEWIS P.C.
JAMES T. JONES (SBN 167967)
HEATH A. HAVEY (SBN 244087)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
Email: jonesj@jacksonlewis.com
heath.havey@jacksonlewis.com

Attorneys for Defendants
PINNACLE PROPERTY MANAGEMENT
SERVICES, LLC and PINNACLE PROPERTY
MANAGEMENT SERVICES PIER 70

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENNA CALLAHAN, <br><br> Plaintiff, <br><br> vs. <br><br> PINNACLE PROPERTY MANAGEMENT SERVICES, LLC, a Delaware Limited Liability Company; PINNACLE PROPERTY MANAGEMENT SERVICES PIER 70, a business organization, form unknown; and DOES 1 to 100, inclusive, <br><br> Defendants. | Case No. 2:16-cv-01862-MCE-EFB <br><br> **JOINT STIPULATION TO DISMISS CASE IN ITS ENTIRETY; ORDER** <br><br> Complaint Filed: 06/23/2016 <br> Removal Filed: 08/05/2016 <br> Trial Date: TBA |

Plaintiff BRENNA CALLAHAN and Defendants PINNACLE PROPERTY MANAGEMENT SERVICES, LLC and PINNACLE PROPERTY MANAGEMENT SERVICES PIER 70, by and through their respective counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, stipulate and agree that the above-captioned matter may be dismissed in its entirety, with prejudice, and with each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED:

Dated: April 24, 2017  **Shimoda Law Corp.**

By:/s/ *Galen T. Shimoda*
    GALEN T. SHIMODA
    ERIKA R. C. SEMBRANO

Attorneys for Plaintiff
BRENNA CALLAHAN


Dated: April 24, 2017  JACKSON LEWIS P.C.

By: */s/ Heath A. Havey* [as authorized on 04/24/17]
    JAMES T. JONES
    HEATH A. HAVEY

Attorneys for Defendants
PINNACLE PROPERTY MANAGEMENT
SERVICES, LLC and PINNACLE PROPERTY
MANAGEMENT SERVICES PIER 70

## ORDER

Pursuant to the stipulation of the parties and Rule 41(a)(1) of the Federal Rules of Civil Procedure, this action is hereby DISMISSED in its entirety, with prejudice. Each party is to bear its own costs and attorneys' fees.

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: April 25, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE